# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **HAROLD HUGHES, JR.** | **CIVIL CASE NO. 6:24-CV-00648** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BOBBY GUIDROZ, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 18], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that this civil rights suit be DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers this 16th day of April, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE